**08 C 542**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come. Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, under the seal of the National Archives and Records Administration, that the attached reproduction(s) is a true and correct copy of documents in his custody.



| SIGNATURE | *Donald W. Jackson* (signed) |
|---|---|
| NAME | PETER W. BUNCE |
| DATE | July 9, 2002 |
| TITLE | Director, Archival Operations |
| NAME AND ADDRESS OF DEPOSITORY | NARA-GREAT LAKES REGION (CHICAGO)<br>7358 SOUTH PULASKI ROAD<br>CHICAGO, ILLINOIS 60629 |

NA FORM 13040 (10-86)

U.S. Department of Justice
Immigration and Naturalization Service

PETITION FOR NATURALIZATION

**ORIGINAL** (To be retained by Clerk of Court)

Petition No. **659619**

To the Honorable __JUDGES, DISTRICT__ Court for the __NORTHERN ILLINOIS__ No. ~~CHICAGO, IL~~ A37 381 078 at

*This petition for naturalization, hereby made and filed under section* __316__ *Immigration and Nationality Act, respectfully shows:*

(1) My full, true, and correct name __HATEM AHMAD AYES__ (Full, true name, without abbreviations)

(2) My present place of residence is __4119__ ____ __N. KENNETH__ __CHICAGO__
    (Apt. No.) (Number and Street) (City or Town)
__COOK__  __ILLINOIS__  __60641__
(Country) (State) (ZIP Code)

(3) I was born on __5/ 5/61__ in __JORDAN__

(4) I request that my name be changed to __NONE__

(5) I was lawfully admitted to the United States for permanent residence and have not abandoned such residence.

(6) [If petition filed under Section 316(a).] I have resided continuously in the United States for at least five years and continuously in the States in which this petition is made for at least six months, immediately preceding the date of this petition and after my lawful admission for permanent reisdence, and I have been physically present in the United States for at least one-half of such five year period.

(7) [If petition filed under Section 319(a).] I have resided continuously in the United States in marital union with my present spouse for at least three years immediately preceding the date of this petition, and after my lawful admission for permanent residence, during all of which period my said spouse has been a United States citizen, and have been physically present in the United States at least one-half of such three-year period. I have resided continuously in the States in which this petition is made at least six months immediately preceding the date of this petition.

(8) [If petition filed under Section 319(b).] My present spouse is a citizen of the United States, in the employment of the Government of the United States, or of an American institution of research recognized as such by the Attorney General, or of an American firm or corporation engaged in whole or in part in the development of foreign trade and commerce of the United States, or subsidiary thereof, or of a public international organization in which the United States participates by treaty or statute, or is authorized to perform the ministerial or priestly functions of a religious denomination having a bona fide organization within the United States, or is engaged solely as a missionary by a religious denomination or by an interdenominational mission organization have a bona fide organization within the United States, and such spouse is regularly stationed abroad in such employment. I intend in good faith upon naturalization to live abroad with my spouse and to resume my residence within the United States immediately upon termination of such employment abroad.

(9) [If petition filed under Section 328.] I have served honorably in the Armed Forces of the United States for a period or periods aggregating three years. I have never been separated from the Armed Forces of the United States under other than honorable conditions. If not still in service, my service terminated within six months of the filing of my petition.

(10) [If petition filed under Section 329.] While an alien or noncitizen national of the United States, I served honorably in an active-duty status in the military, air, or naval forces of the United States during either World War I or during a period beginning September 1, 1939, and ending December 31, 1946, or during a period beginning June 25, 1950, and ending July 1, 1955, or during a period beginning February 28, 1961, and ending October 15, 1978, or I was discharged after five years of service under the Act of June 30, 1950 [P.L. 597, 81st Congress]. If separated from such service, I was separated under honorable conditions. At the time of enlistment, reenlistment, or induction I was in the United States, the Canal Zone, American Samoa, or Swains Island. If not in any of these places, I was lawfully admitted to the United States for permanent residence subsequent to enlistment or induction. I was never separated from such service on account of alienage. I was not a conscientious objector who performed no military, air, or naval duty whatever or refused to wear the uniform. I have not previously been naturalized on the basis of the same period of service.

(11) I am not and have not been, within the meaning of the Immigration and Nationality Act, for a period of at least 10 years immediately preceding the date of this petition, a member of or affiliated with any organization proscribed by such Act, or any section, subsidiary, branch, affiliate or subdivision thereof, nor have I during such period believed in, advocated, engaged in, or performed any of the acts or activities prohibited by such Act.

(12) I am, and have been during all the periods required by law, a person of good moral character, attached to the principles of the Constitution of the United States and well disposed to the good order and happiness of the United States.

(13) It is my intention in good faith to become a citizen of the United States and take without qualification the oath of renunciation and allegiance prescribed by the Immigration and Nationality Act, and to reside permanently in the United States. I am willing, when required by law, to bear arms on behalf of the United States, to perform noncombatant service in the Armed Forces of the United States, and to perform work of national importance under civilian director [unless exempted therefrom].

(14) I am able to read, write, and speak the English language [unless exempted therefrom], and I have a knowledge and understanding of the fundamentals of the history, and of the principles and form of government of the United States.

(15) Wherefore I request that I may be admitted a citizen of the United States of America. I swear [affirm] that I know the contents of this petition for naturalization subscribed by me, and that the same are true to the best of my knowledge and belief, and that this petition is signed by me with my full, true name. So help me God.

(16) __Hatem Ahmad Ayesh__     __Hatem Ahmad Ayesh__
(Full Name, Without Abbreviations)

**When Oath Administered by Clerk or Deputy Clerk of Court**
Subscribed and sworn to (affirmed) before me by above-named petitioner in the respective forms of oath shown in said petition and affidavit, and filed by said petitioner, in the office of the clerk of said court at _____
this ____ day of _____, 19 ____

_____ Clerk
_____ Deputy Clerk

**When Oath Administered by Designated Examiner**
Subscribed and sworn to (affirmed) before me by above-name petitioner in the respective forms of oath shown in said petition and affadivit at __CHICAGO, IL__ this ____ day of __MAR - 2 1988__, 19 ____

_____ Designated Examiner

I HEREBY CERTIFY that the foregoing petition for naturalization was by petitioner named herein filed in the office of the clerk of said court at __CHICAGO, IL__ this ____ day of _____

H. STUART CUNNINGHAM
CLERK OF THE COURT

_____ Clerk
_____ Deputy Clerk

[SEAL]

Form N-405 (Rev. 06/03/87) Y

## OATH OF ALLEGIANCE

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law;

and that I take this obligation freely without any mental reservation or purpose of evasion: SO HELP ME GOD. In acknowledgement whereof I have hereunto affixed my signature.

Hatem Ahmad Ayesh (Hatem Ahmad Ayesh)

(Signature of Petitioner)

NOTE—In renunciation of title or order of nobility, add the following to the oath of allegiance before it is signed: "I further renounce the title of (give title or titles) which I have heretofore held," or "I further renounce the order of nobility (give the order of nobility) to which I have heretofore belonged."

Petition granted and Certificate No. 12765432 issued.

Petition denied: List No. _____

Oath of allegiance waived: List No. _____