

United States Department of State

*Washington, D.C. 20520*

March 24, 2005

Mr. Hatem Ahmad Ayesh
869 Hawthorn Circle
Lombard, IL 60148

Dear Mr. Ayesh:

The purpose of this letter is to provide you with formal notification that the Department of State has determined that United States passport number 028120642 issued to you on September 1, 2004 by the Chicago Passport Agency, based on a verification of Certificate of Naturalization number 12765432, is no longer valid.

The U. S. Department of Homeland Security, U.S. Citizenship and Immigration Services has informed this office that on May 24, 2004 they erroneously issued you an letter verifying that you became a naturalized U.S. citizen on March 2, 1988. A subsequent thorough review of your file reveals that you failed to complete the naturalization process. Consequently, you are not a citizen of the United States. Therefore, you are not entitled to a U.S. passport, in accordance with Section 212 of Title 22 of the United States Code, and Section 51.2 (a) Title 22, United States Code of Federal Regulations, which provide that a U.S. passport may be issued only to a citizen or national of the United States.

In accordance with the provisions of Section 51.72 in Title 22, United States Code of Federal Regulations, passport number 028120642 and any other U.S. passport, which might have been issued to you, is revoked and is no longer valid. The provisions of Section 51.72 of Title 22 of the United States Code of Federal Regulations state in pertinent part:

"51.72 Revocation of restriction of passports: A passport may be revoked or restricted or limited where: …(b) The passport has been obtained illegally, by fraud, or has been fraudulently misused, or has been issued in error".

Attn: Samier

2

In accordance with Sections 51.9 and 51.76 of Title 22 of the United States Code of Federal Regulations, the U.S. passport remains the property of the United States Government and must be surrendered on demand. You requested to immediately return passport number 028120642 to this office. Any further use of any other U.S. passport issued to you would constitute a felony violation of Section 1544 of Title 18 of the United States Code. The address of this office is: Department of State, Legal Division, Passport Policy and Advisory Services, 2100 Pennsylvania Avenue, N.W. 3rd floor, Washington, D. C. 20037.

You should contact the U.S. Department of Homeland Security, U. S. Citizenship and Immigration Services concerning the naturalization process.

Your cooperation in this matter is appreciated.

Sincerely,

Sharon E. Palmer-Royston
Chief, Legal Division
Passport Policy and Advisory Services