## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 542 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Ayesh vs. US CIS, et al. | | |

**DOCKET ENTRY TEXT**

This case is set for a status hearing on 3/5/08 at 9:30 a.m. The Clerk is directed to mail a copy of this order to the US Attorney's Office for this District, and that Office is directed to cause an attorney to appear at the status hearing, even if summons has not yet been served.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|