UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ayesh, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 C 542 |
| v. | ) | |
| | ) | |
| USICE, et al. | ) | Judge Kennelly |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Sheila M. McNulty
        SHEILA M. McNULTY
        Special Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-8788