UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HATEM AYESH | ) | |
| | ) | |
| Petitioner | ) | No. 08 C 542 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, JULIE L. MYERS, Assistant Secretary; MICHAEL B. MUKASEY, United States Attorney General; U.S. DEPARTMENT OF STATE, CONDOLEEZA RICE; DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, Secretary, | ) | |
| | ) | |
| Respondents | ) | |

**RESPONDENTS' UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE ANSWER OR RESPONSIVE MOTION**

    Respondents, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, move that this honorable court extend the time to answer or to file a motion responsive to the complaint from April 7, 2008 to May 13, 2008. In support of this motion the respondents state as follows:

    1.   Petitioner has filed a multiple count "Petition for Writ of Habeas Corpus and Complaint for Declaratory, Mandamus and Injunctive Relief" in the Northern District of Illinois. Petitioner seeks the intervention of this court to declare that his custody is in violation of the Constitution of the United States, that he is in fact a native and citizen of the United States, and that the government has failed to issue him the proper documentation to establish his nationality and citizenship to the United. States. (Complaint ¶3, 4, and 6).

2. At the initial status hearing held earlier this month, counsel for petitioner and respondents concurred and reported to the court that petitioner is not now in the custody of the respondents, and is in no immediate danger of removal from the United States, as his case is proceeding on appeal before the Board of Immigration Appeals. Additionally, counsel for petitioner represented that one of the federal respondents, the Department of State, had not yet received service pursuant to Fed. Rules Civ. Procedure 4, as the complaint had been sent to the wrong address. Undersigned counsel was able to confirm service for the other agencies named as federal respondents in this matter to have been on or about February 7, 2008.

3. According to representatives of the Department of State who have notified undersigned counsel, the Department of State was officially served with summons and complaint on or about March 13, 2008. Because of the nature of this complaint, which involves allegations relating to petitioner's claim to citizenship and the issuance of documents relating thereto, it is the position of the federal respondents that a consolidated answer or responsive pleading should be filed representing the legal positions of all the agencies involved in the complaint. While the Department of State's answer or responsive pleading would not be due until May 13, 2008, the other federal respondents' answer would be due April 7, 2008.

4. Based upon the circumstances of this case, and due to fact that petitioner's immigration case was appealed on February 27, 2008 and has not yet been set for a briefing schedule on the appeal before the Board of Immigration Appeals, counsel for the parties have conferred and have agreed to extend the deadline for filing an answer or responsive motion to the complaint to May 13, 2008 so that it may be answered in a consolidated manner, eliminating the need for two separate responses and replies by the parties.

5. Therefore, based upon the foregoing, the respondents respectfully request that this court grant their unopposed motion to extend the time to May 13, 2008 to file an answer or otherwise respond to the complaint. The undersigned attorney has spoken with counsel for petitioner and they have agreed to the requested extension of time in which to file an answer or otherwise respond.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

I

By: s/Sheila McNulty
SHEILA McNULTY
Special Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
 (312) 353-8788