UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HATEM AYESH | ) | |
| | ) | |
| | ) | |
| Petitioner | ) | No. 08 C 542 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, JULIE L. MYERS, Assistant | ) | |
| Secretary; MICHAEL B. MUKASEY, United States | ) | |
| Attorney General; U.S. DEPARTMENT OF | ) | |
| STATE, CONDOLEEZA RICE; DEPARTMENT | ) | |
| OF HOMELAND SECURITY, MICHAEL | ) | |
| CHERTOFF, Secretary, | ) | |
| | ) | |
| Respondents | | |

**NOTICE OF MOTION**

**TO:**   Saadia Siddique
Kriezelman, Burton and Associates, LLC
20 North Clark Street
Suite 725
Chicago, IL 60602
(312) 332-2550

PLEASE TAKE NOTICE that on Thursday, April 3, 2008 at 9:30 am at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **RESPONDENTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR RESPONSIVE MOTION** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Sheila McNulty
    SHEILA MCNULTY
    Special Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-8788