# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 542 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Hatem Ayesh vs. U.S. Immigration and Customs Enforcement, et al. | | |

**DOCKET ENTRY TEXT**

Respondents' unopposed motion to extend time is granted. Due date for response to complaint is extended to 5/13/08. Status hearing of 5/7/08 is vacated and reset to 5/22/08 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|