**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Hatem Ayesh

                                    Plaintiff,

v.                                                                 Case No.: 1:08−cv−00542

                                                                                   Honorable Matthew F. Kennelly

U.S. Immigration and Customs Enforcement, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

     MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 5/22/2008. Response to motion to dismiss is due by 6/23/2008. Reply brief by 7/11/2008. Ruling by mail. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.